# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAUNA WYTIKA GRAVES,**

      **Plaintiff,**

**v.**                                          **Case No:   6:13-cv-522-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Complaint for judicial review of the final decision of the Commissioner of the Social Security Administration denying claim for Disability Insurance Benefits and Supplemental Security Income (Doc. No. 1) filed on March 29, 2013.

The United States Magistrate Judge has submitted a report recommending that the decision be reversed and the case remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 10, 2014 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. This Commissioner's final decision is hereby REVERSED and this case is REMANDED for further proceedings.

3. The Clerk is directed to CLOSE the file.

4.     The deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the  Social Security Administration of the amount of past due benefits awarded.   Plaintiff is directed that upon receipt of such notice, she shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2014.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties