UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAUNA WYTIKA GRAVES,

    Plaintiff,

v.                                       Case No: 6:13-cv-522-Orl-22TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Application for Attorney's Fees, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d). (Doc. 26). Plaintiff requests an award of fees **in the amount of $3,843.45**. The schedule of hours attached to the petition confirms the attorney's hours. (Id. at 12-14). Defendant has no objection to the requested relief. (Id. at 3).

Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified, and that her net worth when this proceeding was filed was less than two million dollars.[1] (Id. at 1-2). On June 10, 2014, I entered my report and recommendation in which I recommended that the district court reverse and remand this cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 23). The district court adopted the report recommendation on June 30, 2014 (Doc. 24) and the clerk entered judgment on July 2, 2014 (Doc. 25). Plaintiff filed this application for attorney's fees on August 3, 2014. (Doc. 26).

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).

Plaintiff has attached a copy of her assignment of EAJA fees to her counsel. (Doc. 26-1). In light of the assignment, Plaintiff requests (and Defendant agrees) that payment should be made payable to Plaintiff and delivered to her counsel unless she owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to her counsel.

Pursuant to the provisions of the EAJA, I respectfully recommend that the district judge **GRANT** Plaintiff's uncontested petition for attorneys' fees (Doc. 26), and award Plaintiff attorneys' fees in the amount of **$3,843.45**. It is further recommended that the district court authorize payment to Plaintiff's counsel if the Department of the Treasury determines Plaintiff does not owe a debt to the Government.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on August 6, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record