# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAUNA WYTIKA GRAVES,**

      **Plaintiff,**

**v.**             Case No: 6:13-cv-522-Orl-22TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) filed on August 3, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 6, 2014 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Petition for Attorney's Fees is hereby GRANTED. Plaintiff is awarded Attorneys' fees in the amount of $3,843.45. Payment to Plaintiff's counsel is authorized if the Department of the Treasury determines Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record